U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Central States, Southwest and Southwest Area's Pension Fund, Central States, Southeast and Welfare Fund and Howard McDougall, trustee,<br>v.<br>Schwartz Beer Wholesalers, Inc., a Missouri corporation. | Case Number: 08-CV-2022 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Schwartz Beer Wholesalers, Inc.

| |
|---|
| NAME (Type or print)<br>David J. Novotny |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David J. Novotny |
| FIRM<br>Chittenden, Murday & Novotny LLC |
| STREET ADDRESS<br>303 West Madison Street, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03121954 | TELEPHONE NUMBER<br>312.281.3603 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |