U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-2022 |
|---|---|

Central States, Southwest and Southwest Area's Pension Fund, Central States, Southeast and Welfare Fund and Howard McDougall, trustee,
v.
Schwartz Beer Wholesalers, Inc., a Missouri corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Schwartz Beer Wholesalers, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Michael B. Galibois | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael B. Galibois | |
| FIRM<br>Chittenden, Murday & Novotny LLC | |
| STREET ADDRESS<br>303 West Madison Street, Suite 1400 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06272257 | TELEPHONE NUMBER<br>312.281.3622 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |