**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHWEST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND WELFARE FUND AND HOWARD McDOUGALL, trustee, | ) ) ) ) ) | Case No. 08-CV-2022 |
| Plaintiffs, | ) ) | Judge Leinenweber |
| v. | ) ) | Magistrate Judge Keys |
| SCHWARTZ BEER WHOLESALERS, INC., a Missouri corporation, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF AMENDED AGREED MOTION**

TO:   Anthony E. Napoli
Albert M. Madden
Rebecca Kate McMahon
Timothy Craig Reuter
Central States, Southeast and
Southwest Areas Pension and
Health and Welfare Funds
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois 60018-4938

**PLEASE TAKE NOTICE** that on **Thursday, May 1, 2008** at **9:30 a.m.,** or as soon thereafter as this motion may be heard, we shall appear before the **Honorable Harry D. Leinenweber**, or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 1941** in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant Schwartz Beer Wholesalers, Inc.'s Amended Agreed Motion for Enlargement of Time to Answer or Otherwise Plead**, a copy of which is served upon you.

**DATED** this **29th day of April, 2008**.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By:   /s/ Michael B. Galibois
One of the Attorneys for Defendant
**SCHWARTZ BEER WHOLESALERS, INC.**

David J. Novotny
Michael B. Galibois
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
O:\SC103\41173-CentralStates\PLDGS\time-notice-mdf.doc

**PROOF OF SERVICE**

    I hereby certify that on **April 29, 2008**, a copy of the above-referenced Motion and corresponding Notice was filed electronically. These documents were served upon the above-named attorney(s) of record *via* electronic delivery to addresses of record on or before the hour of 5:00 p.m. this **29th day of April, 2008.**

                                              /s/ Michael B. Galibois