AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas Pension
Fund, Central States, Southeast and Southwest Areas
Health and Welfare Fund and Howard McDougall, trustee

V.

Schwartz Beer Wholesalers, Inc., a Missouri
corporation

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

08CV2022
JUDGE    LEINENWEBER
MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Schwartz Beer Wholesalers, Inc., a Missouri corporation
Jon Scully, Registered Agent
14 K Avenue
Ottumwa, IA 52501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3702

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**April 10, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 4-17-08 |
| NAME OF SERVER *(PRINT)* Gary Whittington | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:  _____

330 W. 2nd St. Ottumwa IA 52501

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  _____

☐ Returned unexecuted:  _____

☐ Other (specify):  _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10 miles | $15.00 | $19.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-17-08    X *Gary Whittington*
        *Date*       *Signature of Server*

330 W. 2nd St. Ottumwa IA 52501
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.