UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

          Plaintiff,

v.          Case No.: 1:08−cv−02022

          Honorable Harry D. Leinenweber

Schwartz Beer Wholesalers, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

    MINUTE entry before Judge Honorable Harry D. Leinenweber:The Agreed Motion for extension of time to answer [11] is withdrawn. The Amended Agreed Motion for extension of time to answer [13] is granted. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.